IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP J. BERG, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WEICHERT REALTORS | : | NO. 2:09-cv-00321 |
| SEAGATE, et al. | : | |

## O R D E R

AND NOW, this 31st day of August 2009, upon consideration of Plaintiffs' Motion for an Extension of Time to Further Brief the Issues Regarding Service upon the Defendants and Plaintiffs' Motion for Judgment by Default to be Entered (Doc. No. 23), it is hereby ORDERED that the Motion is DENIED.  Plaintiffs' Motion seeks an extension due to a potential conflict of interest arising out of the representation of defendants with allegedly adverse positions.  However, this potential conflict by counsel for Defendants does not prevent Plaintiffs from briefing the issues raised at the hearing on Plaintiffs' Request for Entry of Default Judgment (Doc. No. 11).  Plaintiffs shall brief these issues as required by our August 6, 2009 Order on or before September 4, 2009.  Any motion regarding conflicts of interest can be filed separately on a later date.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.