IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP J. BERG, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WEICHERT REALTORS | : | No. 09-00321 |
| SEAGATE, et al. | : | |

## ORDER

AND NOW, this 15th day of December 2009, upon consideration of Plaintiff Philip J. Berg's Motion for Reconsideration or in the Alternative Relief from Final Judgment Pursuant to Federal Rule of Civil Procedure 60 (Doc. No. 30) and Defendants' Response in opposition thereto (Doc. No. 31), it is hereby ORDERED that this Court sets aside the portion of its November 19, 2009 Order dismissing this case (Doc. No. 29).[1]  It is further ORDERED that, in the interests of justice, this case shall be TRANSFERRED to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1406(a).

The Clerk of Court is directed to transfer the case file to the District of New Jersey and to close this matter for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.

---

[1] This Court's ruling that it lacks personal jurisdiction over Defendants stands.